IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICO SENTELL HARVEY,
ADC #117596                                                                                    PLAINTIFF

v.                                         5:06CV00328HDY

SAMUEL BAKER, et al.                                                                   DEFENDANTS

## ORDER

Defendants' motion in limine (DE #107) is hereby DENIED as moot.

IT IS SO ORDERED this ___20___ day of October, 2008.

_____
United States Magistrate Judge