IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICO SENTELL HARVEY,
ADC #117596                                                                                           PLAINTIFF

vs.                                              5:06CV00328HDY

SAMUEL BAKER, JR.,                                                                            DEFENDANTS

ORDER

Plaintiff's motion to dismiss this action against defendants, with prejudice (DE #115), is hereby GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this ___31___ day of October, 2008.

_____
United States Magistrate Judge

settleo.