IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICO SENTELL HARVEY,
ADC #117596                                                                                              PLAINTIFF

vs.                                        5:06CV00328HDY

SAMUEL BAKER, JR.,                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and is hereby, DISMISSED with prejudice.

IT IS SO ADJUDGED this __31____ day of October, 2008.

_____
United States Magistrate Judge

settleo.